**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**GODFREY TORRES,
ALIEN # A76-442-790,**

       **Petitioner,**

**vs.**                              **Case Number 4:06cv440-SPM/WCS**

**ALBERTO GONZALES,
MICHAEL CHERTOFF,
MICHAEL ROZOS, DAVID WING,
DAVID HARVEY, and the
DEPARTMENT OF
HOMELAND SECURITY**

       **Respondents.**

_____/

**REPORT AND RECOMMENDATION**

     This case was initiated on September 26, 2006, doc. 1, with the filing of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Unfortunately, the petition was overlooked and not discovered until the end of November.  Thus, because of the delay, an order was entered on December 1, 2006, directing clarification from Petitioner prior to serving the petition.  Doc. 4.  The order also required the clerk to provide a copy to the United States Attorney for this District in the event the Government could advise whether Petitioner had already been removed or released.  *Id.*

The copy of the order sent to Petitioner at the Wakulla County Jail was returned as undeliverable.  Doc. 8.  Respondents filed a motion to dismiss to assist in this case, doc. 6, and advised that Petitioner "was removed from the United States to Belize on November 20, 2006."  Doc. 6, p. 2.  Thus, Respondents request that the petition be dismissed as moot.

Accordingly, no further action need be taken on this case as Petitioner has been granted the relief he sought and has been released from detention.  This petition is, accordingly, moot and the motion to dismiss should be granted.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 6, be **GRANTED** and this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner **Godfrey Torres**, doc. 1, be **DISMISSED as moot** because Petitioner has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on January 30, 2007.


 s/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**



## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**