IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GODFREY TORRES,**

    Petitioner,

vs.                                                4:06-CV-440-SPM

**ALBERTO GONZALES,** *et al.***,**

    Respondents.

_____/

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AND
DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 9) dated January 30, 2007. The parties have been furnished a copy and have been afforded an opportunity to file objections. Defendants filed a motion to dismiss (doc. 6) filed December 7, 2006, in which they advise that Petitioner was deported to Belize on November 20, 2006.

Having examined the motion and the attachment thereto, which shows that Petitioner was in fact deported to Belize on that date, the Court finds that the petition is moot. See Soliman v. U.S. *ex rel.* INS, 296 F.3d 1237 (11th Cir. 2002) Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

    1.    The magistrate judge's report and recommendation (doc. 9) is

adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1) is denied as moot.

3. This case is hereby *dismissed*.

**DONE AND ORDERED** this eighth day of March, 2007.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge